Geri Lynn Green (CSBN 127709)
Law Offices of Geri Lynn Green
5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2118
Telephone: (415) 575-3235
Facsimile: (415) 648-7648

Attorneys for Plaintiffs
SHANELL RENEE STEWART, MARY PAYNE,
HERLINDA ARROYO-DE HERNANDEZ and
CAROL BIRDSONG

GREGORY CHANDLER (CSBN 158260)
Law Offices of Gregory Chandler
1255 Post Street, Suite 939
San Francisco, CA 94109-6711
Telephone: (415) 885-6623
Facsimile: (415) 885-6797

Attorney for Defendant
JOHNSIE DONALDSON

E-filing

FILED
OCT 19 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANELL RENEE STEWART, MARY PAYNE, HERLINDA ARROYO-DE HERNANDEZ and CAROL BIRDSONG,

    Plaintiffs,

v.

KATHLEEN HAWK SAWYER, ET. AL.

    Defendants.

) Case No.: C 01-4058 MJJ (MEJ)
) **E-FILING CASE**
)
) **STIPULATION FOR CONTINUANCE**
) **OF STATUS CONFERENCE**
)
)
)
)
)
)

Pursuant to Local Rule 7-11, the parties stipulate to the following:

    1. Plaintiffs and Defendants agree as follows:

STIPULATION FOR CONTINUANCE OF STATUS CONF.
Case No.: C-01-4058 MJJ (MEJ)

1  Plaintiffs Arroyo and Payne have executed stipulated judgements which will be filed with court in short order.

Plaintiffs Birdsong and Stewart have not, yet, returned their stipulated judgements so that they may be filed.

In the case of Plaintiff Birdsong, October 14, 2005 it became known that she had just returned home after a lengthy hospitalization after being hit by a car which apparently crushed her pelvis. She is not mobile, but it is anticipated that she will, as she is able, go through her mail and return the executed stipulation, but to date has been unable to do so.

In the case of Plaintiff Stewart, she, it is believed, has been in and out of hospitals over the past months and has also been unable to retrieve mail. She called counsel one month ago and gave a mailing address, however, the mail has since been returned from that address as undeliverable.

Accordingly, it is requested that the matter be continued to December 6, 2005.

SO STIPULATED AND AGREED.

Respectfully submitted,

DATED: _____, 2005

**LAW OFFICES OF GREGORY CHANDLER**

_____
Gregory Chandler
Attorney for Defendant
Johnsie Donaldson

DATED: 10/17, 2005

**LAW OFFICES OF GERI LYNN GREEN**

_____
Geri Lynn Green (SBN 127709)
5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2118
Attorney for Plaintiffs

STIPULATION FOR CONTINUANCE OF STATUS CONF.
Case No.: C-01-4058 MJJ (MEJ)

2

1 Plaintiffs Arroyo and Payne have executed stipulated judgements which will be filed with
2 court in short order.
3 Plaintiffs Birdsong and Stewart have not, yet, returned their stipulated judgements so that
4 they may be filed.
5 In the case of Plaintiff Birdsong, October 14, 2005 it became known that she had just
6 returned home after a lengthy hospitalization after being hit by a car which apparently crushed
7 her pelvis. She is not mobile, but it is anticipated that she will, as she is able, go through her
8 mail and return the executed stipulation, but to date has been unable to do so.
9
10 In the case of Plaintiff Stewart, she, it is believed, has been in and out of hospitals over
11 the past months and has also been unable to retrieve mail. She called counsel one month ago and
12 gave a mailing address, however, the mail has since been returned from that address as
13 undeliverable.
14
15 Accordingly, it is requested that the matter be continued to December 6, 2005.

16 SO STIPULATED AND AGREED.        Respectfully submitted,
17 DATED: October 12, 2005          LAW OFFICES OF GREGORY CHANDLER
18
19
20                                  Gregory Chandler
21                                  Attorney for Defendant
                                    Johnsie Donaldson
22
23 DATED: 10/17, 2005               LAW OFFICES OF GERI LYNN GREEN
24
25                                  Geri Lynn Green (SBN 127709)
                                    5214-F Diamond Hts. Blvd., #332
26                                  San Francisco, CA 94131-2118
27                                  Attorney for Plaintiffs
28
STIPULATION FOR CONTINUANCE OF STATUS CONF.                                      2
Case No.: C-01-4058 MJJ (MEJ)

FILED

OCT 19 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANELL RENEE STEWART, MARY PAYNE, HERLINDA ARROYO-DE HERNANDEZ, and CAROL BIRDSONG, <br><br> Plaintiffs, <br><br> v. <br><br> KATHLEEN HAWK SAWYER et. al. <br><br> Defendants. | No. C 01-4058 MJJ <br><br> ~~STIPULATION AND [PROPOSED]~~ **ORDER CONTINUING DATE FOR STATUS CONFERENCE** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The date for Status Conference be continued to December 6, 2005. @ 2:00 pm.

Dated: 10/18/2005.

_____
The Honorable Martin J. Jenkins

STIPULATION FOR CONTINUANCE OF STATUS CONF.
Case No.: C-01-4058 MJJ (MEJ)