**FILED**
DEC 0 7 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANELL RENEE STEWART, MARY PAYNE, HERLINDA ARROYO-DE HERNANDEZ, and CAROL BIRDSONG,<br><br>Plaintiffs,<br><br>v.<br><br>KATHLEEN HAWK SAWYER et. al.<br><br>Defendants. | No. C 01-4058 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR STATUS CONFERENCE** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The date for Status Conference be continued to a date after January 6, 2005. _Status Conference rescheduled to January 31, 2006._

Dated: 12/7/05

_____
The Honorable Martin J. Jenkins

STIPULATION FOR CONTINUANCE OF STATUS CONF.
Case No.: C-01-4058 MJJ (MEJ)

4